UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARSHALL TODD WARD, #380322 | § § § | |
| v. | § § | CIVIL NO. 4:21-CV-600-SDJ |
| TEXAS PAROLE MEMBERS | § § | |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 28, 2023, the Report of the Magistrate Judge, (Dkt. #9), was entered containing proposed findings of fact and recommendations that this case be dismissed without prejudice.

Having assessed the Report, and no objections thereto having been timely filed,[1] the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that the above-titled action is **DISMISSED without prejudice**. All motions by either party not previously ruled on are hereby **DENIED**.

So ORDERED and SIGNED this 26th day of June, 2023.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

---

[1] A copy of the Report and Recommendation (Dkt. #9) was returned as undeliverable on May 9, 2022. (Dkt. #10). Plaintiff has not updated his address with the Court.